■ SAMANTHA CLARK, as Parent and Natural Guardian of JOSEPH RAY, an Infant, Respondent-Appellant, v JOSHUA GOTTHART et al., Defendants, and LYNDA GOTTHART, Appellant-Respondent. [974 NYS2d 837]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered October 3, 2012. The order denied the motion of defendant Lynda Gotthart for summary judgment dismissing the complaint and all cross claims against her and denied the cross motion of plaintiff for summary judgment on the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 24, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.

■ JENNIFER KRAJEWSKI et al., Respondents, v LINDA ANDRIACCIO et al., Respondents, and TRUTEMP HEATING, INC., Appellant. [974 NYS2d 883]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered February 21, 2013. The order, inter alia, denied the motion of defendant Trutemp Heating, Inc. for summary judgment dismissing the second amended complaint and all cross claims against it, and to strike plaintiffs' note of issue and certificate of readiness and compel disclosure of the mental health records of plaintiff Jennifer Krajewski.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.